BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $15,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 1:13-MC-00062-AWI<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimant Brian Kyte (hereafter "Claimant"), by and through his respective attorney, as follows:

1.　On or about September 25, 2013, Claimant filed a claim, in the administrative forfeiture proceeding, with the United States Drug Enforcement Administration with respect to the approximately $15,000.00 in U.S. Currency (hereafter "currency"), which was seized on or about June 21, 2013.

2.　The United States Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3.　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

Stipulation and Order Extending the United States' Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture

1

complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to February 21, 2014.

Dated:   December 20, 2013             BENJAMIN B. WAGNER
                                       United States Attorney


                                        /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Assistant United States Attorney


Dated:   December 20, 2013              /s/ Jacek W. Lentz
                                       JACEK W. LENTZ
                                       Attorney for Claimant
                                       Brian Kyte
                                       (Original signature retained by attorney)


IT IS SO ORDERED.

Dated:   December 20, 2013             _____
                                       SENIOR  DISTRICT  JUDGE