BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700  Telephone
(916) 554-2900  Facsimile

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-MC-00062-AWI |
| | ) | |
| Plaintiff, | ) | **THIRD STIPULATION AND** |
| | ) | **ORDER EXTENDING THE** |
| v. | ) | **UNITED STATES' TIME TO** |
| | ) | **FILE A COMPLAINT FOR** |
| APPROXIMATELY $15,000.00 IN U.S. | ) | **FORFEITURE AND/OR TO** |
| CURRENCY, | ) | **OBTAIN AN INDICTMENT** |
| | ) | **ALLEGING FORFEITURE** |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between the United States of America and Claimant Brian Kyte (hereafter "Claimant"), by and through his respective attorney, as follows:

1.     On or about September 25, 2013, Claimant filed a claim, in the administrative forfeiture proceeding, with the United States Drug Enforcement Administration with respect to the approximately $15,000.00 in U.S. Currency (hereafter "currency"), which was seized on or about June 21, 2013.

2.     The United States Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

Third Stipulation and Order Extending the United
States' Time to File a Complaint for Forfeiture
and/or to Obtain an Indictment Alleging Forfeiture

complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.      By Stipulation and Order filed on December 23, 2013, the parties stipulated to extend to February 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned currency and/or to obtain an indictment alleging that the above-captioned currency is subject to forfeiture.

5.      By Stipulation and Order filed on February 20, 2014, the parties stipulated to extend to March 24, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned currency and/or to obtain an indictment alleging that the above-captioned currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 23, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to May 23, 2014.

Dated:   March 18, 2014              BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Jeffrey A. Spivak
                                     JEFFREY A. SPIVAK
                                     Assistant United States Attorney


Dated:   March 18, 2014              /s/ Jacek W. Lentz
                                     JACEK W. LENTZ
                                     Attorney for Claimant
                                     Brian Kyte
                                     (Original signature retained by attorney)

Third Stipulation and Order Extending the United States' Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture

IT IS SO ORDERED.

Dated:  March 19, 2014

_____
SENIOR  DISTRICT  JUDGE

Third Stipulation and Order Extending the United
States' Time to File a Complaint for Forfeiture
and/or to Obtain an Indictment Alleging Forfeiture