BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700  Telephone
(916) 554-2900  Facsimile

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $15,000.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 1:13-MC-00062-AWI<br><br>**FOURTH STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

　　　　It is hereby stipulated by and between the United States of America and Claimant Brian Kyte (hereafter "Claimant"), by and through his respective attorney, as follows:

　　　　1.　　On or about September 25, 2013, Claimant filed a claim, in the administrative forfeiture proceeding, with the United States Drug Enforcement Administration with respect to the approximately $15,000.00 in U.S. Currency (hereafter "currency"), which was seized on or about June 21, 2013.

　　　　2.　　The United States Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

　　　　3.　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

Fourth Stipulation and Order Extending the United States' Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture

1

complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed on December 23, 2013, the parties stipulated to extend to February 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned currency and/or to obtain an indictment alleging that the above-captioned currency is subject to forfeiture.

5. By Stipulation and Order filed on February 20, 2014, the parties stipulated to extend to March 24, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned currency and/or to obtain an indictment alleging that the above-captioned currency is subject to forfeiture.

6. By Stipulation and Order filed on March 19, 2014, the parties stipulated to extend to May 23, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned currency and/or to obtain an indictment alleging that the above-captioned currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 22, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to July 22, 2014.

Dated: May 2, 2014            BENJAMIN B. WAGNER
                              United States Attorney


                               /s/ Jeffrey A. Spivak
                              JEFFREY A. SPIVAK
                              Assistant United States Attorney

Fourth Stipulation and Order Extending the United States' Time to File a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture

2

Dated: May 2, 2014        /s/ Jacek W. Lentz
                          JACEK W. LENTZ
                          Attorney for Claimant
                          Brian Kyte
                          (Original signature retained by attorney)

### ORDER

In light of the parties' stipulation, IT IS HEREBY ORDERED that the deadline by which the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture is extended to July 22, 2014.

IT IS SO ORDERED.

Dated:  May 6, 2014        _____
                           SENIOR DISTRICT JUDGE